UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

DEC 17 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

Jonathan Lee Riches ©,
Plaintiff

Civil No: 2:07cv2714 GEB JFM

V.

Bernard J. EBBERS a/k/a Former Ceo WorldCom INC,
Defendant

Complaint

42 USC 1983/TRO Temporary Restraining order/ EBBERS harass me for Ever

Comes now the Plaintiff, Jonathan Lee Riches ©, in pro-se under 42 USC 1983, I seek a Restraining order forbidding Ebbers from transfering to FCI Williamsburg to be my cell mate in Solitary confinement. Before I was in prison, I was ceo of a underground Hacking cyber organisation called "World-Con" INC.. I hacked and stole worldcom/MCI calling cards and used them in a scam called CAll-Sell. Pakistani's would Line up at Philly Pay Phones, I would give them cards for Money. Ebbers found this out, Now he told me in Instant messaging that I'm going to pay the price. He told me about his Phone connections, and said he's going to be my cell mate. He plans to keep me up all night with snoring. He stopped taking MaLox and tums. He's going to steal my food. Ebbers is cleveR! I have to trim his beard for him. DRy him off with a toweL. He wants me to do his legal appeals. This is a weekend At Bernies. I have No windows in solitary confinement to look at Birds, insects, global warming. My floor is made of Sago mine CoaL. I also seek $15 million for mental suffering.

Jonathan Lee Riches ©
#40948-018
FCI williamsburg
P.O. Box 340
Salters, S.C. 29590

843-387-9400

Respectfully submitted
Jonathan Lee Riches ©